### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:24-cr-0009** |
| ) | |
| **KENSON PLASIMOND,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated July 10, 2024, ECF No. 33, recommending that the Defendant's plea of guilty to Count One of the Indictment; a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 33, is **ADOPTED;** it is further

**ORDERED** that Defendant Kenson Plasimond's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Kenson Plasimond is adjudged **GUILTY** on this count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **August 30, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **September 13, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **September 27, 2024;** it is further

*United States v. Kenson Plasimond*
Case No. 3:24-cr-0009
Order
Page **2** of **2**

**ORDERED** that the parties shall file their sentencing memoranda no later than **October 11, 2024;** it is further

**ORDERED** that a sentencing hearing shall be held on **October 25, 2024, at 9:30 A.M. in STT Courtroom No. 1.**

**Dated:** July 26, 2024

/s/ *Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**